IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11345
Conference Calendar

_____

MICHAEL A. SPEARMAN,

                                        Plaintiff-Appellant,

versus

CO III P. SYLER;
TEXAS DEPARTMENT OF CRIMINAL JUSTICE;
WAYNE SCOTT, Director;
MARK LAUGHLIN,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:96-CV-53-C
- - - - - - - - - -
June 17, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

        Michael A. Spearman, Texas inmate number 530480, appeals the
partial final judgment pursuant to 28 U.S.C. § 1915(e) for all
the defendants in their official capacities and for Defendants
Laughlin and Scott in their individual capacities.  He argues
that his excessive-force claim should not have been dismissed as
frivolous.  We have reviewed the record and the parties' briefs

_____

        [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

and AFFIRM for the reasons adopted by the district court.

<u>Spearman v. Syler</u>, No. 5:96-CV-053-C (N.D. Tex. Oct. 3, 1996).

Spearman's motions for a jury trial and for the production of

documents should be brought in the district court.  His motions

to show that the defendants do not have immunity and for default

judgement are DENIED.